AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Beata Kurek & Christian Kurek
_Plaintiff_

America's Wholesale Lender
IZT Mortgage Inc. & Does 1-30
_Defendant_

Civil Action No. CV 10 2155 BZ

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  See Attached Service List

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

CLERK OF COURT

ANNA SPRINKLES

Date: 05/19/10

_Signature of Clerk or Deputy Clerk_

Complaint Service List

(1) AMERICA'S WHOLESALE LENDER (DBA OF COUNTRYWIDE HOME LOANS, INC)

| | |
|---|---|
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 WEST SEVENTH STREET |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

(2) IZT MORTGAGE INC. (DBA AMERITECH MORTGAGE)

| | |
|---|---|
| Agent for Service of Process: | PARACORP INCORPORATED |
| Agent Address: | 2804 GATEWAY OAKS DR STE 200 |
| Agent City, State, Zip: | SACRAMENTO CA 95833 |