UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEATA KUREK and CHRISTIAN KUREK, | ) ) ) | |
| Plaintiff(s), | ) ) | No. C 10-2155 BZ |
| v. | ) ) ) | **ORDER PERMITTING JOSEPH W. STRELLA TO WITHDRAW AS COUNSEL FOR AMERITECH** |
| AMERICA'S WHOLESALE LENDER, et al., | ) ) ) | |
| Defendant(s). | ) ) ) | |

On October 15, 2010, Joseph W. Strella, attorney for defendant IZT Mortgage Corporation dba Ameritech, filed a motion to withdraw as counsel.

Having considered the moving papers, and having received no opposition from Ameritech or the other parties, **IT IS HEREBY ORDERED** that Mr. Strella's motion to withdraw as counsel for Ameritech is **GRANTED** conditionally. Ameritech has failed to pay for his services, has ignored counsel's repeated attempts to communicate, and has had sufficient notice that counsel intended to withdraw.

Mr. Strella is granted a conditional withdrawal pursuant

1

to Civil Local Rule 11-5(b).  While Mr. Strella is relieved of his responsibilities as counsel for Ameritech, papers for Ameritech may continue to be served on him, until Ameritech appears by other counsel.

Given that Ameritech, as a corporation, cannot represent itself, (<u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-202 (1993); Civil L.R. 3-9(b)), **IT IS HEREBY ORDERED** that Ameritech must obtain new counsel.  If substitute counsel do not file a general appearance by **January 14, 2011**, Ameritech's default will be entered.  Mr. Strella must serve this order on Ameritech and inform it about the repercussions for failing to obtain alternate counsel.

Dated: December 1, 2010

                                          Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\KUREK V. AMERICA'S WHOLESALE LENDER\ORDER GRANTING DEF'S MOT TO WITHDRAW.wpd