UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEATA KUREK and CHRISTIAN KUREK, | ) ) ) | No. C 10-2155 BZ |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **ORDER GRANTING MOTION TO WITHDRAW NUNC PRO TUNC** |
| AMERICA'S WHOLESALE LENDER, et al., | ) ) ) | |
| Defendant(s). | ) ) ) | |

On October 15, 2010, Joseph W. Strella, attorney for defendant IZT Mortgage Corporation dba Ameritech, filed a motion to withdraw as counsel on behalf of himself, P. Christian Scheley, and their law firm Clapp, Moroney, Bellagamba, Vucinich, Beeman & Scheley (collectively "Strella").

Having considered the moving papers, and having received no opposition from Ameritech or the other parties, **IT IS HEREBY ORDERED** that Mr. Strella's motion to withdraw as counsel for Ameritech is **GRANTED** conditionally. Ameritech has failed to pay for his services, has ignored counsel's repeated

1

1  attempts to communicate, and has had sufficient notice that
2  counsel intended to withdraw.
3      Mr. Strella is granted a conditional withdrawal pursuant
4  to Civil Local Rule 11-5(b).  While Mr. Strella is relieved of
5  his responsibilities as counsel for Ameritech, papers for
6  Ameritech may continue to be served on him, until Ameritech
7  appears by other counsel.
8      Given that Ameritech, as a corporation, cannot represent
9  itself, (<u>Rowland v. California Men's Colony</u>, 506 U.S. 194,
10 201-202 (1993); Civil L.R. 3-9(b)), **IT IS HEREBY ORDERED** that
11 Ameritech must obtain new counsel.  If substitute counsel do
12 not file a general appearance by **January 14, 2011**, Ameritech's
13 default will be entered.  Mr. Strella must serve this order on
14 Ameritech and inform it about the repercussions for failing to
15 obtain alternate counsel.
16 Dated: December 15, 2010

                                            Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\KUREK V. AMERICA'S WHOLESALE LENDER\ORDER GRANTING DEF'S MOT TO WITHDRAW (CORRECTED VERSION).wpd

2