```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     NORTHERN DISTRICT OF CALIFORNIA
10
    BEATA KUREK, et al.,          )
11                                )
              Plaintiff(s),       )   No. C09-4307 BZ
12                                )
         v.                       )
13                                )
    COUNTRYWIDE HOME LOANS, et    )
14  al.,                          )
                                  )
15            Defendant(s).       )
    _____)   No. C10-2155 BZ
16  BEATA KUREK and CHRISTIAN     )
    KUREK,                        )
17                                )
              Plaintiff(s),       )
18                                )   ORDER SCHEDULING STATUS
         v.                       )   CONFERENCE
19                                )
    AMERICA'S WHOLESALE LENDER,   )
20  et al.,                       )
                                  )
21            Defendant(s).       )
    _____)
22
```

23      In view of what appears to be a partial settlement in

24 Kurek v. Countrywide, C09-4307, **IT IS HEREBY ORDERED** that a

25 status conference be scheduled in both of these cases to

26 discuss their trial status, on **May 24, 2011 at 4:00 p.m.**, in

27 Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

28 Avenue, San Francisco, California 94102.  The parties shall

                                    1

1 | file a joint status statement by **May 20, 2011**.

2 | Dated: May 12, 2011

3 | _____
4 | Bernard Zimmerman
United States Magistrate Judge

5 | G:\BZALL\-BZCASES\KUREK V. COUNTRYWIDE\ORDER SETTING STATUS CONFERENCE.wpd

2