1  **BRYAN CAVE LLP**
   Susannah Mitchell, California Bar No. 199950
2  3161 Michelson Drive, Suite 1500
   Irvine, California  92612-4414
3  Telephone:    (949) 223-7000
   Facsimile:    (949) 223-7100
4  Email:        susannah.mitchell@bryancave.com

5  **BRYAN CAVE LLP**
   David N. de Ruig, California Bar No. 258005
6  Two Embarcadero Center, Suite 1410
   San Francisco, CA 94111
7  Telephone:    (415) 675-3400
   Facsimile:    (415) 675-3434
8  Email:        david.deruig@bryancave.com

9  Attorneys for Defendant
   COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER
10 (erroneously sued as AMERICA'S WHOLESALE LENDER DBA COUNTRYWIDE HOME
   LOANS, INC.)
11
   **LAW OFFICE OF DUANE LIGHT**
12 DUANE LIGHT, ESQ. (State Bar No. 169467)
   8 Indian Rock Road
13 San Anselmo, California 94960
   Telephone:    (415) 225-5221
14 Facsimile:    (775) 637-5707
   Email:        dlight777@yahoo.com
15
   Attorney for Plaintiffs Beata Kurek and Christian Kurek
16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| BEATA KUREK and CHRISTIAN KUREK, | CASE NO.: CV 10-2155 BZ |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT THE PARTIES TO DEPOSE PLAINTIFF BEATA KUREK AFTER THE DISCOVERY CUT-OFF** |
| v. | |
| AMERICA'S WHOLESALE LENDER (DBA OF COUNTRYWIDE HOME LOANS, INC.); IZT MORTGAGE, INC. (DBA AMERITECH MORTGAGE) and DOES 1 through 30, inclusive, | |
| Defendants. | |

SFO/32841.1

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE DEPOSITION OF BEATA KUREK;
CASE NO.: CV 10-2155 BZ

1   This Stipulation is entered into by Plaintiffs BEATA AND CHRISTIAN KUREK ("Plaintiffs") and Defendant COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER (erroneously sued as AMERICA'S WHOLESALE LENDER DBA COUNTRYWIDE HOME LOANS, INC.)("Countrywide") (collectively, the "parties").

WHEREAS, on April 5, 2011, Countrywide timely and properly served Requests for Admissions, Interrogatories, and Requests for Production of Documents on Plaintiffs by overnight delivery, which responses were due May 9, 2011;

WHEREAS, on May 5, 2011, Countywide timely and properly served a Notice of Deposition of Beata Kurek, scheduling the deposition of Beata Kurek for May 18 and 19, 2011 at 10:00 a.m.;

WHEREAS, on May 12, 2011, counsel for Plaintiffs notified counsel for Countrywide that he would be unable to attend the May 18 and 19, 2011 deposition due to a scheduling conflict and proposed alternate dates of May 25, 26, and 27, 2011;

WHEREAS, counsel for Countrywide is unavailable May 26 and 27, 2011;

WHEREAS, to date, Plaintiffs have not provided any written responses to Countrywide's Interrogatories and Requests for Production of Documents;

WHEREAS, it is Countrywide's position that it may be able to narrow the scope of Mrs. Kurek's deposition if it were afforded an opportunity to receive and review Plaintiffs' written response to Countrywide's Interrogatories and Requests for Production of Documents prior to taking Mrs. Kurek's deposition in this litigation;

WHEREAS, the close of non-expert discovery is May 27, 2011;

WHEREAS, the parties request an extension of the May 27, 2011 discovery cut-off until to June 3, 2011 for the sole and limited purpose of deposing Plaintiff Beata Kurek, which would conserve the parties' resources and enable Countrywide to review any untimely responses by Plaintiffs to its Interrogatories and Requests for Production of Documents prior to deposing Plaintiff Beata Kurek;

/ / /
/ / /
/ / /

SFO/32841.1

2

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE DEPOSITION OF BEATA KUREK;
CASE NO.: CV 10-2155 BZ

NOW, THEREFORE, Plaintiffs and Countrywide desire and hereby **STIPULATE** that the parties shall have until, and including, June 3, 2011 to depose Plaintiff Beata Kurek.

**IT IS SO STIPULATED.**

DATED: May 20, 2011            BRYAN CAVE LLP
                               Susannah Mitchell
                               David N. de Ruig


By: /s/ Susannah Mitchell
    Susannah Mitchell
    Attorneys for Defendant
    COUNTRYWIDE HOME LOANS, INC. d/b/a
    AMERICA'S WHOLESALE LENDER
    (erroneously sued as AMERICA'S
    WHOLESALE LENDER DBA
    COUNTRYWIDE HOME LOANS, INC.)


DATED: May 20, 2011            Law Office of Duane Light
                               Duane Light


By: /s/ Duane Light
    Duane Light
    Attorneys for Plaintiffs
    BEATA KUREK AND CHRISTIAN KUREK


## [PROPOSED] ORDER

Having reviewed the stipulation of Plaintiffs BEATA AND CHRISTIAN KUREK ("Plaintiffs") and Defendant COUNTRYWIDE HOME LOANS, INC., and good cause appearing,

**IT IS HEREBY ORDERED THAT** the parties shall have until, and including, June 3, 2011 to depose Plaintiff Beata Kurek.

Dated: 24/May/11

/s/ Bernard Zimmerman
Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California

SFO/32841.1

3

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE DEPOSITION OF BEATA KUREK;
CASE NO.: CV 10-2155 BZ