UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATA KUREK and CHRISTIAN KUREK,<br><br>    Plaintiff(s),<br><br>    v.<br><br>AMERICA'S WHOLESALE LENDER, et al.,<br><br>    Defendant(s). | No. C 10-2155 BZ<br><br>**ORDER FOR ENTRY OF DEFAULT AGAINST DEFENDANT IZT MORTGAGE CORPORATION** |

On December 15, 2010, I ordered defendant IZT Mortgage Corporation dba Ameritech to obtain new counsel by January 14, 2011 or else its default would be entered.  Ameritech has not obtained new counsel; **IT IS THEREFORE ORDERED** that it is now in default.

Dated: May 25, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KUREK V. AMERICA'S WHOLESALE LENDER\ENTRY OF DEFAULT AGAINST IZT.wpd