UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEATA KUREK and CHRISTIAN KUREK, | ) ) ) | No. C 10-2155 BZ |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **ORDER AFTER STATUS CONFERENCE** |
| AMERICA'S WHOLESALE LENDER, et al., | ) ) ) | |
| Defendant(s). | ) ) ) | |

Following the status conference, **IT IS HEREBY ORDERED** as follows:

1. A further status conference is scheduled for June 21, 2011 at **3:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. Plaintiff shall have until June 3, 2011 to depose Anna Wodkowska.

Dated: May 26, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KUREK V. AMERICA'S WHOLESALE LENDER\ORDER AFTER STATUS CONFERENCE.wpd

1