UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATA KUREK and CHRISTIAN KUREK, | |
| Plaintiff(s), | No. C 10-2155 BZ |
| v. | |
| AMERICA'S WHOLESALE LENDER, et al., | **ORDER** |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that plaintiffs shall by August 31, 2011 move to have a default judgment entered against IZT, or dismiss IZT from the case. If plaintiffs move for a default judgment, the Court will schedule a hearing once it reviews the papers. Plaintiffs shall specify in their motion whether they will be presenting live testimony at the hearing.

Dated: July 29, 2011

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KUREK V. AMERICA'S WHOLESALE LENDER\ORDER REQST PLTFS TO FILE DEFAULT JUDGMT HRG.wpd

1