Duane Light, SBN 169467
**LAW OFFICE OF DUANE LIGHT**
633 San Anselmo Ave., Suite B
San Anselmo, California 94960
Tel: 415-225-5221
Fax: 775-637-5707
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATA KUREK and CHRISTIAN KUREK,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDERS, INC. (DBA OF COUNTRYWIDE HOME LOANS, INC); IZT MORTGAGE INC. (DBA AMERITECH MORTGAGE) and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. CV 10-02155 BZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COME NOW the Plaintiffs, BEATA KUREK and CHRISTIAN KUREK, by and through counsel, Duane Light, and pursuant to Fed.R.Civ.P.41(a)(1), respectfully notifies this Court that Plaintiffs hereby dismiss, with prejudice, all claims made by them against AMERICA'S WHOLESALE LENDERS, INC. (DBA COUNTRYWIDE HOME LOANS, INC) and IZT MORTGAGE INC. (DBA AMERITECH MORTGAGE) in their complaint filed herein on May 19, 2010.

Date:   September 29, 2011          **LAW OFFICE OF DUANE LIGHT**

/s/ *Duane Light* /
Duane Light, counsel for plaintiffs

9/28/2011 - The Clerk shall close the file.

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE